CHRIS CHAMPION, APPELLANT, *v.* THE STATE OF NEVADA, RESPONDENT.

No. 6545

November 15, 1971                                    490 P.2d 341

*Raymond E. Sutton,* of Las Vegas, for Appellant.

*Robert List,* Attorney General, of Carson City; *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Chief Deputy District Attorney for Appeals, Clark County, for Respondent.

**O P I N I O N**

*Per Curiam:*

The State having confessed error, conceding there is insufficient evidence upon which to convict appellant Chris Champion of the crime for which she stands convicted, this cause is reversed and appellant ordered discharged from custody.